US DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

JUL 2 1 2010

CHRIS R. JOHNSON, CLERK

BY

DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 1:10CR10016-001 |
| v. | ) | |
| | ) | 21 U.S.C. § 841(a)(1) |
| MARCUS JONES | ) | 21 U.S.C. § 841(b)(1)(B)(iii) |

## INDICTMENT

The Grand Jury Charges:

### COUNT ONE

On or about April 12, 2010, in the Western District of Arkansas, El Dorado Division, the Defendant, **MARCUS JONES**, did knowingly and intentionally distribute a mixture or substance containing cocaine base, commonly known as "crack cocaine", a Schedule II controlled substance, in violation of Title 21 U.S.C. § 841(a)(1).

### COUNT TWO

On or about April 13, 2010, in the Western District of Arkansas, El Dorado Division, the Defendant, **MARCUS JONES**, did knowingly and intentionally distribute a mixture or substance containing cocaine base, commonly known as "crack cocaine", a Schedule II controlled substance, in violation of Title 21 U.S.C. § 841(a)(1).

### COUNT THREE

On or about April 19, 2010, in the Western District of Arkansas, El Dorado Division, the Defendant, **MARCUS JONES**, did knowingly and intentionally distribute a mixture or

substance containing cocaine base, commonly known as "crack cocaine", a Schedule II controlled substance, in violation of Title 21 U.S.C. § 841(a)(1).

## COUNT FOUR

On or about June 14, 2010, in the Western District of Arkansas, El Dorado Division, the Defendant, **MARCUS JONES**, did knowingly and intentionally distribute a mixture or substance containing cocaine base, commonly known as "crack cocaine", a Schedule II controlled substance, in violation of Title 21 U.S.C. § 841(a)(1).

## COUNT FIVE

On or about June 16, 2010, in the Western District of Arkansas, El Dorado Division, the Defendant, **MARCUS JONES**, did knowingly and intentionally distribute more than 5 grams of a mixture or substance containing cocaine base, commonly known as "crack cocaine", a Schedule II controlled substance, in violation of Title 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(iii).

A True Bill.

/s/Grand Jury Foreperson
Foreperson

DEBORAH GROOM
UNITED STATES ATTORNEY

By: _____
Matthew C. Quinn
Assistant U.S. Attorney
Arkansas Bar No. 2003-152
500 N. Stateline Avenue, Ste. 402
Texarkana, Arkansas 71854
(903)792-6422
E-mail Matt.Quinn@usdoj.gov

2